**Washington G. RUFFIN, Jr., Claimant-Appellant**

v.

**David J. SHULKIN, Secretary of Veterans Affairs, Respondent-Appellee**

**2016-2401**

United States Court of Appeals, Federal Circuit.

October 13, 2017

LYNN K. NEUNER, Simpson Thacher & Bartlett, LLP, New York, NY, argued for claimant-appellant.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; BRIAN D. GRIFFIN, DEREK SCADDEN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Newman, Clevenger, and Chen, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**